IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL 2326

---

THIS DOCUMENT RELATES TO:

MICHELE BIERAUGEL,

                        Plaintiff,

v.                                                                     Civil Action No. 2:15-cv-01791

BOSTON SCIENTIFIC CORPORATION,
JOHNSON & JOHNSON, and
ETHICON, INC.,

                        Defendants.

## **MEMORANDUM OPINION AND ORDER**

On June 19, 2018, a Suggestion of Death was filed by defendants' counsel suggesting the death of Michele Bieraugel during the pendency of this civil action. [ECF No. 24].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 191 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Boston Scientific Corp., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2326 [ECF No. 6406], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Michele Bieraugel is the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 191, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: February 20, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE